# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEITH DEWAYNE MATTHEWS,**
**ADC# 143644**                                                                                             **PLAINTIFF**

V.                        **CASE NO. 4:21-CV-418-BRW-BD**

**PATRICK PIERRE,** *et al*.                                                            **DEFENDANTS**

## **ORDER**

The Court has received a Recommendation for the dismissal of Mr. Matthews's claims against Defendant Lungsford. Mr. Matthews has not filed objections. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Matthews's claims against Defendant Lungsford are DISMISSED, without prejudice. The Clerk is instructed to terminate Debra Lungsford as a party Defendant.

IT IS SO ORDERED this 10th day of June, 2021.


                                                             <u>Billy Roy Wilson</u>
                                                             UNITED STATES DISTRICT JUDGE