IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH DEWAYNE MATTHEWS                                                              PLAINTIFF
ADC# 143644

V.                                    NO. 4:21-cv-00418-BRW-ERE

PATRICK PIERRE and
COREY HAYNIE                                                                        DEFENDANTS

### ORDER

I have received a Recommendation[1] filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections. After careful review of the Recommendation, I conclude that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' motion for summary judgment[2] is GRANTED, in part, and DENIED, in part. Mr. Matthews may proceed with his claims against Defendant Patrick Pierre. His claims against Defendant Corey Haynie are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

IT IS SO ORDERED this 29th day of November, 2021.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 27.
[2] Doc. No. 20.