# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEITH DEWAYNE MATTHEWS**  
**ADC# 143644**                                                                                      **PLAINTIFF**

V.                           NO. 4:21-cv-00418-BRW-ERE

**PATRICK PIERRE**                                                                                 **DEFENDANT**

## ORDER

Pending before the Court are two motions filed by Plaintiff Keith Dewayne Matthews: (1) a motion to compel discovery; and (2) a motion for the appointment of counsel. *Docs. 57, 58*. Defendant Pierre has responded to both motions (*Docs. 59, 60*), and they are ripe for review.

**1.     Motion to Compel Discovery**

In Mr. Matthews' motion to compel discovery, he requests the Court order Defendant Pierre to provide him: (1) names of the inmates housed in the Cummins Unit's East Wing cellblock on January 20, 2021; and (2) access to any video footage of the underlying incident. Mr. Matthews' motion is duplicative of his previous motion to compel. *Doc. 47*. In response to Mr. Matthews' previous motion to compel, Defendant Pierre provided his discovery responses to the Court. *Doc. 49-2, 49-4*. With regard to Mr. Matthews' request for a list of inmates housed in the East Wing cellblock, Defendant Pierre explained that Mr. Matthews is not allowed to possess information pertaining to other inmates due to security concerns. *Doc. 49-2*

*at 3*. In addition, Defendant Pierre previously notified the Court that the video footage requested by Mr. Matthews does not exist.[1] *Doc. 56*. Accordingly, Mr. Matthews' pending motion to compel discovery is denied.[2]

**2.    Motion for the Appointment of Counsel**

Mr. Matthews previously requested court-appointed counsel. *Doc. 15*. The Court denied Mr. Matthews' motion, without prejudice. *Doc. 17*. For the reasons stated in the Court's July 29, 2021 Order, Mr. Matthews' motion for court-appointed counsel is denied.

IT IS THEREFORE ORDERED THAT:

1.    Mr. Matthews' motion to compel discovery (*Doc. 57*) is DENIED.

2.    Mr. Matthew's motion for the appointment of counsel (*Doc. 58*) is DENIED, without prejudice.

Dated this 12th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In addition, Defendant Pierre explains that no incident reports or photographs exist related to the claims in this case. *Doc. 59 at 3*.

[2] In his response to Mr. Matthews' motion, Defendant Pierre explains that Mr. Matthews has now served him with additional discovery requests. He attaches the discovery requests at issue to his response. *Doc. 59-1*. Based on a review of those discovery requests, the Court agrees that those requests appear duplicative of Mr. Matthews' previous discovery requests and Defendant Pierre is not required to respond to those requests.