# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEITH DEWAYNE MATTHEWS**                                                                 **PLAINTIFF**
**ADC #143644**

V.                                      No. 4:21-cv-00418-BRW-ERE

**PATRICK PIERRE**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED with prejudice, and judgment is entered for Defendant.

IT IS SO ORDERED this 2nd day of November, 2022.

                                              _____BILLY ROY WILSON_____
                                              UNITED STATES DISTRICT JUDGE